# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRITTERS OF THE CINEMA,<br><br>  Plaintiff,<br><br>  v.<br><br>NESTLE PURINA PETCARE COMPANY,<br><br>  Defendant. | Case No.: 1:16-cv-00123 --- JLT<br><br>ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS PRACTICE IN THIS COURT WITHOUT SEEKING ADMISSION |

This matter was removed to this court on January 26, 2016. (Doc. 1) The next day, the Clerk of the Court noticed that Plaintiff's counsel, Mr. Gonzalez, was not admitted to practice in this Court and notified him that he was not in compliance with the electronic filing requirement. (Doc. 5) The Clerk directed him to correct this issue. Id.  He did not do so. Therefore, the Court **ORDERS:**

  1. **No later than March 11, 2016**, Mr. Christopher Gonzalez SHALL show cause in writing why sanctions should not be imposed for his acts in practicing in this court without being admitted and for failing to comply with the Clerk's directive that he register for CM/ECF. Alternatively, Mr. Gonzalez may seek admission to this court within the same period of time.

IT IS SO ORDERED.

  Dated:  **March 1, 2016**          /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE